UNITED STATES of America, Plaintiff—Appellant, Cross–Appellee,

v.

Maria Esther FIGUEROA, aka Maria Figueroa–Salinas, aka Maria Esther Salinas, aka Virginia Velez–Jimenez, aka Virginia Jimenez–Velez, Defendant—Appellee. Cross–Appellant.

Nos. 03–50246, 03–50301.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 11, 2005.

Decided Feb. 1, 2005.

Ronald L. Cheng, Esq., John B. Owens, Esq., USLA–Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Myra Mossman, Santa Barbara, CA, for Defendant–Appellant.

Before: REINHARDT, CLIFTON, Circuit Judges and WEINER,* District Judge.

MEMORANDUM **

Defendant Maria Esther Figueroa appeals her sentence imposed by the district

---

** The Honorable Charles R. Weiner, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The Honorable Charles R. Weiner, Senior District Judge for the Eastern District of Pennsylvania, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

court. The government cross-appeals the sentence. In light of the Supreme Court's recent decision in *United States v. Booker,* — U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621, 2005 WL 50108 (Jan. 12, 2005), we vacate and remand Defendant's sentence so that the district court can resentence Defendant in compliance with *Booker.*

**VACATED AND REMANDED.**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.